UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONILLA,<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN,<br><br>    Defendant. | Case Nos.<br>24-cv-00657-JSW<br>24-cv-00707-JSW<br><br>**ORDER OF DISMISSAL** |

The above-captioned cases were opened when Petitioner, a California prisoner on death row, filed documents purportedly "showing actual innocence" (case number 24-0657 JSW) and "ineffective assistance of counsel" (case number 24-0707 JSW). Petitioner has a pending petition for a writ of habeas corpus in which he challenges the same state court judgment he challenges in the documents filed herein. *See Bonilla v. Ayers*, No. C 08-0471 YGR. He is represented by counsel in that case, and he must bring all of his claims, motions, and other requests, including the instant requests, through counsel in that case. There is no need for Petitioner to have more than one case challenging the same state court judgment. Accordingly, the above-captioned cases are therefore DISMISSED without prejudice.

The clerk shall enter judgments and close the files.

**IT IS SO ORDERED.**

Dated: February 8, 2024

JEFFREY S. WHITE
United States District Judge